AO 442 (Rev. 01/09) Arrest Warrant                    2165-0106-0489-J

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 06 JAN '21 14:46 USDC-ORE

United States of America
v.

RUSSELL A. SCHORT,

Defendant

Case No. 6:21-mj-00001

## ARREST WARRANT      ORIGINAL

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RUSSELL A. SCHORT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Wire Fraud, Bank Fraud, and Money Laundering, in violation of 18 U.S.C. §§ 1343, 1344, and 1957.

Date: January 5, 2021

*Issuing officer's signature*

City and state:   Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/6/21, and the person was arrested on *(date)* 1/6/21
at *(city and state)* MYRTLE CREEK, OR

Date: 1/6/21

*Arresting officer's signature*

ANDREW SIMPSON, DUSM
*Printed name and title*